**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 25-CR-127-GFVT-MAS__________**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**WILLIAM QUEJOHN DIXON**
**aka "MONEY,"**
**aka "QUE"**
**DESMOND ELIJAH BELLOMY**
**aka "BIBBY"**
**ROLLIE DESHAWM LAMAR**
**aka "RAL,"**
**aka "RAL-O"** **DEFENDANTS**

* * * * *

On October 2, 2025, a federal grand jury returned an indictment against William Quejohn Dixon ("Dixon"), Desmond Elijah Bellomy ("Bellomy"), Rollie Deshawn Lamar ("Lamar"), and others for charges arising from the murder of Kristopher Lewis on September 29, 2023. [R. 1: Indictment.] Dixon and Bellomy are in the custody of the United States Marshals Service pursuant to a writ of habeas corpus ad prosequendum issued in a separate federal case, *United States v. Bellomy, et al.,* Case No. 24-CR-12. Lamar is in federal custody pursuant to a judgment of conviction in another federal case, *United States v. Rollie Lamar, et al.,* Case No. 22-CR-50. Because each of these defendants is in some form of federal custody, the United States moved for arraignments

for each of the defendants. [R. 13: Motion for Arraignment as to Dixon; R. 14: Motion for Arraignment as to Lamar; R. 15: Motion for Arraignment as to Bellomy.] The Court granted these motions and scheduled the arraignments for the week of November 10, 2025. [R. 19: Order as to Dixon; R. 20: Order as to Lamar; R. 22: Order as to Bellomy.] Although the United States does not anticipate changes in these defendants' custodial status between now and the scheduled arraignments, out of an abundance of caution, the United States requests the issuance of arrest warrants for these defendants to lodge as detainers, thus ensuring these defendants are not inadvertently released before they are seen by the Court.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: /s/*Mary Lauren Melton*
Mary Melton
G. Todd Bradbury
Assistant United States Attorneys
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4802
Mary.Melton@usdoj.gov
Gary.T.Bradbury@usdoj.gov

**CERTIFICATE OF SERVICE**

On October 3, 2025, I electronically filed this response through the ECF system, which will send notice of docket activity to defense counsel of record.

s/ Mary Lauren Melton
Assistant United States Attorney