**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 25-CR-127-GFVT-MAS___________**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**WILLIAM QUEJOHN DIXON**
**aka "MONEY,"**
**aka "QUE"**
**DESMOND ELIJAH BELLOMY**
**aka "BIBBY"**
**ROLLIE DESHAWM LAMAR**
**aka "RAL,"**
**aka "RAL-O"** **DEFENDANTS**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the defendants, **WILLIAM QUEJOHN DIXON, DESMOND ELIJAH BELLOMY, and ROLLIE DESHAWN LAMAR**.

On this _____ day of ____________________ 2025.

_______________________
MATTHEW A. STINNET
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY