**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 5:25-CR-00127-GFVT-MAS |
| ) | |
| **WILLIAM DIXON, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Canon 3D of the Code of Conduct provides that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding if, after disclosure on the record of the case, "the parties and their lawyers have an opportunity to confer outside the presence of the judge, [and] all agree in writing or on the record that the judge should not be disqualified, and the judge is then willing to participate." Judicial Canon 3D; *see also* 28 U.S.C. § 455. This procedure is entirely independent of the judge's participation.

Unless all parties and their lawyers agree to waive the disqualification, the undersigned intends to recuse from participation in this matter because his reappointment is currently under review by the magistrate judge merit selection panel. Counsel for Daquis Damarr Sharp, Noah Friend, is a member of the magistrate judge merit selection panel considering the undersigned's reappointment.

**IT IS ORDERED** that each defendant, both of his or her counsel, and counsel for the United States must complete, sign, and return the letter provided by the clerk's office via email **TO THE CLERK OF COURT within ten days** of this Order. The letter shall not be sent to the judge or other counsel in the case (other than co-counsel).  The letter shall not be e-filed.

If all parties waive the disqualification, all responses will be made part of the record and the undersigned will continue participation in the proceeding.  If any party or their lawyer does not waive the disqualification, the responses will be kept under seal by the Clerk of Court.  Neither the undersigned nor any other judge will have access to the letters or know the identity of any party or lawyer who declined to waive the disqualification.  If the disqualification is not waived, the case will be assigned to another magistrate judge.

Signed this the 24th of February, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY